# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-3106
LT Case No. 2006-CF-68788-A

———————————————

CHRISTOPHER SAMUELS

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.850 appeal from the Circuit Court for Brevard County.
Charles G. Crawford, Judge.

Christopher Samuels, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

January 16, 2024

PER CURIAM.

AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

HARRIS, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____